DENNIS S. WAKS, #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARTHUR MATUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00276 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS FILING AND HEARING AND ORDER THEREON |
| v. ) | |
| ARTHUR MATUS, ) | Date: February 28, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before January 30, 2006, government responses to be filed on or before February 22, 2006, **and the hearing on motions now set for January 30, 2006, may be continued to February 28, 2006, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation, and to allow the parties additional time for plea negotiation and preparation of a plea agreement.

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2006           By:   /s/ Francine Zepeda with consent of
                                         Kimberly A. Kelly
                                         KIMBERLY A. KELLY
                                         Assistant United States Attorney
                                         Counsel for Plaintiff

DENNIS S. WAKS
Acting Federal Defender

DATED: January 24, 2006           By:   /s/ Francine Zepeda
                                         FRANCINE ZEPEDA
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ARTHUR MATUS

**ORDER**

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED: January   27  , 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Motions Hearing
and [Proposed] Order Thereon                      2